BTXN 177 (rev. 10/05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Jeremy Jace Smith § Case No.: 09–43258–dml7
Alycia Anne Bauer § Chapter No.: 7
Debtor(s) §

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.
- ☐ Debtor has not certified that all domestic support obligations due have been paid.
- ☐ Debtor has not filed required certification and motion for entry of Chapter 13 Discharge

DATED: 9/14/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/S. Kerr, Deputy Clerk